In the Matter of MARIE TOYOS, Respondent, against HENRY E. BRUCKMAN et al., Constituting the New York State Liquor Authority, Appellants.

Argued October 19, 1943; decided December 2, 1943.

*Frederick A. Sperling* and *Elvin N. Edwards* for appellants.
*Harold J. Hinman* and *Leonard Farbstein* for respondent.

Appeal dismissed, with costs on the ground that the order of the Appellate Division does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.